M OYER, C.J., R ESNICK, P FEIFER, L UNDBERG S TRATTON, O'C ONNOR, O'D ONNELL and L ANZINGER, JJ., concur.

**2006–1230. Wymes v. Eberlin.**
In Habeas Corpus. On petition for writ of habeas corpus of Alphonso Wymes. Sua sponte, cause dismissed.
M OYER, C.J., R ESNICK, P FEIFER, L UNDBERG S TRATTON, O'C ONNOR, O'D ONNELL and L ANZINGER, JJ., concur.

**2006–1275. Weaver v. Timmerman–Cooper.**
In Habeas Corpus. On petition for writ of habeas corpus of Vernon L. Weaver Jr. Sua sponte, cause dismissed.
M OYER, C.J., R ESNICK, P FEIFER, L UNDBERG S TRATTON, O'C ONNOR, O'D ONNELL and L ANZINGER, JJ., concur.

**2006–1338. Potts v. Eberlin.**
In Habeas Corpus. On petition for writ of habeas corpus of Todd A. Potts. Sua sponte, cause dismissed.
M OYER, C.J., R ESNICK, P FEIFER, L UNDBERG S TRATTON, O'C ONNOR, O'D ONNELL and L ANZINGER, JJ., concur.

**2006–1340. Miller v. Wolfe.**
In Habeas Corpus. On petition for writ of habeas corpus of Christopher Miller. Sua sponte, cause dismissed.
M OYER, C.J., R ESNICK, P FEIFER, L UNDBERG S TRATTON, O'C ONNOR, O'D ONNELL and L ANZINGER, JJ., concur.

**2006–1441. Crosby v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Ronald G. Crosby. Sua sponte, cause dismissed.
M OYER, C.J., R ESNICK, P FEIFER, L UNDBERG S TRATTON, O'C ONNOR and O'D ONNELL, JJ., concur.
L ANZINGER, J., not participating.

## MOTION AND PROCEDURAL RULINGS

**2003–0647. State v. Conway.**
Franklin C.P. No. 02CR–1153. On application for reopening under S.Ct.Prac.R. XI(6). Application denied.
O'D ONNELL, J., dissents.

**2005–1593. LeRoy v. Allen Yurasek & Merklin.**
Union App. No. 14–04–49, 162 Ohio App.3d 155, 2005-Ohio-4452. On joint motion to amend grant of jurisdiction and enter final judgment. Motion denied. Sua sponte, the court orders that this cause is returned to the regular docket. Appellants/cross-appellees shall file their merit brief within 40 days of the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI. As provided in S.Ct.Prac.R. VI(7), the court may dismiss this case or take other action if the parties fail to timely file merit briefs.
L UNDBERG S TRATTON, J., dissents.

**2005–1926. LeRoy v. Allen Yurasek & Merklin.**
Union App. No. 14–04–49, 162 Ohio App.3d 155, 2005-Ohio-4452. On joint motion to amend grant of jurisdiction and enter final judgment. Motion denied. Sua sponte, the court orders that this cause is returned to the regular docket. Appellants/cross-appellees shall file their merit brief within 40 days of the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI. As provided in S.Ct.Prac.R. VI(7), the court may dismiss this case or take other action if the parties fail to timely file merit briefs.
L UNDBERG S TRATTON, J., dissents.